IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RUSSELL B. SMITH, JR. RUSSELL B. SMITH, JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA A. SMITH, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, *et al.*,<br><br>Defendants. | Case No. CV-23-82-GF-BMM<br><br>ORDER |

Upon consideration of Plaintiffs' unopposed motion for leave to use the *debene esse* video deposition of expert witness Brian Hansen at trial in lieu of live testimony, (Doc. 110) IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The de bene esse video deposition of expert witness Brian Hansen may be used at trial.

DATED this 6th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts