UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RUSSELL B. SMITH, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV-23-82-GF-BMM<br><br>ORDER |

    IT IS HEREBY ORDERED that the Clerk of Court provide meals for the jurors during their deliberations in the above-entitled case.

    DATED 27th day of October, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts