IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RUSSELL B. SMITH, JR. and RUSSELL B. SMITH, JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA A. SMITH, DECEASED,<br><br>PLAINTIFFS,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>DEFENDANTS. | Cause No. 23-cv-82-BMM<br><br><br><br>ORDER GRANTING BNSF'S UNOPPOSED MOTION TO FILE UNDER SEAL |

Upon Motion of Defendant BNSF Railway Company ("BNSF"), Plaintiffs not opposing and good cause appearing,

IT IS HEREBY ORDERED THAT BNSF's Unopposed Motion to File the Confidential deposition transcript of Adrienne Chavez under seal is **GRANTED.**

DATED this 29th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts