IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RUSSELL B. SMITH, JR. and RUSSELL B. SMITH, JR., Personal Representative of the ESTATE OF IRINA A. SMITH, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, et al.,<br>Defendants. | No. CV 23-82-GF-BMM<br><br>**VERDICT FORM** |

We, the jury in the above-entitled case, upon our oaths, enter our verdict as follows:

**Question 1**: Do you find that Plaintiffs have proved by a preponderance of the evidence that Defendant BNSF was negligent?

**Answer**:    Yes _X_    No ___

*If you answered this question "Yes," please proceed to Question No. 2. If you answered this question "No," please proceed to Question No. 6.*

1

**Question 2**: Do you find that Plaintiffs have proved by a preponderance of the evidence that Defendant BNSF's negligence caused, at least in part, the death of Mrs. Smith?

**Answer**:   Yes X      No ___

*If you answered this question "Yes," please proceed to Question No. 3. If you answered this question "No," please proceed to Question No. 6.*

**Question 3**: Do you find that Defendant BNSF has proved by a preponderance of the evidence that Plaintiffs were negligent?

**Answer**:   Yes X      No ___

*If you answered this question "Yes," please proceed to Question No. 4. If you answered this question "No," please proceed to Question No. 6.*

**Question 4**: Do you find that Defendant BNSF has proved by a preponderance of the evidence that Plaintiffs' negligence caused, at least in part, the death of Mrs. Smith?

**Answer**:   Yes X      No ___

*If you answered this question "Yes," please proceed to Question No. 5. If you answered this question "No," please proceed to Question No. 6.*

**Question 5:** What is the percentage of fault you assign to each of the parties:

**Answer:**

  To the Defendant, BNSF __35__ %

  To the Plaintiffs __65__ %

  *Total must equal 100%*

*Please proceed to Question No. 6.*

**Question 6:** Do you find that Plaintiffs have proved by a preponderance of the evidence that Defendant BNSF is liable under a theory of premises liability?

**Answer:**   Yes ___   No _X_

*If you answered this question "Yes," please proceed to Question No. 7. If you answered this question "No," please proceed to Question No. 9.*

**Question 7:** Do you find that Defendant BNSF has proved by a preponderance of the evidence that Plaintiffs were using BNSF's property for recreational purposes pursuant to Mont. Code. Ann. § 70-16-302(1)?

**Answer:**          Yes X      No___

*If you answered this question "Yes," please proceed to Question No. 8. If you answered this question "No," please proceed to Question No. 9.*

**Question 8**: Do you find that Plaintiffs have proved by a preponderance of the evidence that Defendant BNSF committed willful and wanton misconduct?

**Answer:**          Yes___      No X

*Please proceed to Question No. 9.*

**Question 9**: What amount of damages, if any, would reasonably compensate Plaintiffs?

**Answer:**

1. Economic damages including:
   - Lost earnings: $ 436,040 –
   - Lost household services: $ 113,336 –
   - Funeral expenses: $ 1465 –
   - Past medical charges, Mr. Smith: $ 0
   - Past medication expenses, Mr. Smith: $ 0
   - Future medication expenses: $ 0

2. Non-economic damages: $ 1,000,000 –

4

*Please proceed to Question No. 10.*

**Question 10**: Do you find that Plaintiffs have proved by clear and convincing evidence that BNSF acted with malice?

**Answer**:         Yes ___        No _X_

Dated this _31_ day of October, 2025.

Foreperson signature redacted. Original document filed under seal.

5