UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RUSSELL B. SMITH, JR. and RUSSELL B. SMITH, JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA A. SMITH, DECEASED, | Case No. CV-23-82-GF-BMM |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| BNSF RAILWAY COMPANY, et al, | |
| Defendants. | |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the verdict of the jury, as read in open court on 10/31/2025, is hereby entered as the judgment of the Court.

Dated this 31st day of October, 2025

TYLER P. GILMAN, CLERK

By:   /s/ Megan Stewart
Deputy Clerk