| | |
|---|---|
| **Christopher Sweeney**<br>Moulton Bellingham, PC<br>27 North 27th Street, Suite 1900<br>Billings, Montana 59103-2559<br>(406) 248-2559<br>christopher.sweeney@moultonbellingham.com | **Michelle T. Friend**<br>Benjamin O. Rechtfertig<br>Hedger Friend, PLLC<br>2800 Central Avenue, Suite C<br>Billings, MT 59102<br>(406) 896-4100<br>mfriend@hedgerlaw.com<br>brechtfertig@hedgerlaw.com |
| **Jon D. Pels**<br>Maria L. Olsen<br>The Pels Law Firm<br>4845 Rugby Ave., Third Floor<br>Bethesda, MD 20814<br>(301) 986-5570<br>jpels@pelslaw.com<br>molsen@pelslaw.com | Attorneys for BNSF Railway Company |

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **RUSSELL B. SMITH, JR.** and **RUSSELL B. SMITH, JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF IRINA A. SMITH, DECEASED,**<br>            PLAINTIFFS,<br><br>    vs.<br><br>**BNSF RAILWAY COMPANY, A DELAWARE CORPORATION,** *et al.*,<br><br>            DEFENDANTS. | ) Cause No. 23-cv-82-BMM<br>)<br>)<br>)<br>) **JOINT NOTICE OF SETTLEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

The parties hereby jointly notify the Court that they have reached settlement of the above-captioned matter. Defendant BNSF Railway Company no longer seeks recovery of its costs. As such, it relinquishes its right to the costs awarded in the Court's December 4, 2025, Order. Doc. 209. Each party will pay its own costs and attorney's fees.

DATED this 11th day of December 2025.

By: /s/ Christopher Sweeney
MOULTON BELLINGHAM, PC
27 North 27th Street, Suite 1900
Billings, MT 59103-2559
Attorney for Plaintiffs

By: /s/ Benjamin O. Rechtfertig
Hedger Friend, PLLC
2800 Central Avenue, Suite C
Billings, MT 59102
Attorneys for BNSF Railway Company

By: /s/ Maria Leonard Olsen
The Pels Law Firm
4845 Rugby Avenue, Third Floor
Bethesda, MD 20814
Attorneys for Plaintiffs